

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 21, 2026

**BY ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Granted. The conference will be rescheduled.

SO ORDERED:

4/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

> Re:    *Mateo v. United States*, No. 26 Civ. 235 (DEH) (RWL)

Dear Judge Lehrburger:

This Office represents defendant United States of America in this medical malpractice action brought under the Federal Tort Claims Act. The Government writes to respectfully request an adjournment of the April 29, 2026 initial pretrial conference (ECF No. 16) to May 7 or May 8, or another date convenient for the Court and the parties. The Government requests the adjournment because the undersigned counsel has a previously scheduled deposition on April 29. This is the Government's first request for an adjournment of the initial pretrial conference.[1]  Plaintiff consents to this request.

The Government thanks the Court for its consideration of this letter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Harry K. Fidler
HARRY K. FIDLER
Assistant United States Attorney
Telephone: (212) 637-2321
Email: harry.fidler@usdoj.gov

cc:    All counsel of record (via ECF)

---

[1] On April 21, 2026, the parties filed a proposed civil case management plan and scheduling order and have no issues to raise with the Court at this time. *See* ECF No. 17.